**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE (213) 629-7600
FACSIMILE (213) 624-1376

William W. Carter (State Bar No. 115487)
*w.carter@mpglaw.com*
Jane Ellison Usher (State Bar No. 93783)
*j.usher@mpglaw.com*

Paul S. Simmons (State Bar No. 127920)
*psimmons@somachlaw.com*
Somach Simmons & Dunn, PC
500 Capitol Mall, Suite 1000
Sacramento, California 95814
(916) 446-7979

Attorneys for Defendant
UNITED WATER CONSERVATION DISTRICT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WISHTOYO FOUNDATION, CENTER FOR BIOLOGICAL DIVERSITY, and VENTURA COASTKEEPER, a program of WISHTOYO FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED WATER CONSERVATION DISTRICT,<br><br>Defendant. | Civil Case No. 2:16-cv-03869-DOC-PLA<br><br>**Honorable David O. Carter**<br><br>**STIPULATION TO AMEND SCHEDULING ORDER**<br><br>Action Filed:  June 2, 2016<br>Trial Date:      January 9, 2018 |

Pursuant to Civil Local Rule 7-1, Plaintiffs Wishtoyo Foundation, Ventura Coastkeeper, and Center for Biological Diversity (Plaintiffs) and Defendant United Water Conservation District (United) hereby stipulate and respectfully request from the Court an order amending the Scheduling Order dated February 22, 2017 (Doc. No. 30), vacating the Motion for Summary Judgment hearing set for November 13, 2017, which Plaintiffs have combined with the hearing on their Motion for

1072669.1 STIPULATION TO AMEND SCHEDULING ORDER

1  Injunction, and rescheduling the combined hearing to November 27, 2017, with all
2  corresponding Opposition and Reply dates extended by two (2) weeks. Severable
3  from and irrespective of this stipulation, the Plaintiffs and United further stipulate to
4  request that the Court continue the January 9, 2018 trial to the first available date in
5  February 2018, with the Pretrial Conference taking place of the trial on January 9,
6  2018 (or as soon thereafter as convenient for the Court), and all other pretrial dates
7  continued in accordance with the new trial date.
8      WHEREAS, the evidence and exhibits supporting Plaintiffs' Motion for
9  Summary Judgment and Motion for Injunction (Motions) were incomplete, late,
10 incorrect, or otherwise subject to errata as of September 25, 2017, which was the
11 deadline for filing the Motion for Summary Judgment;
12     WHEREAS, Plaintiffs have served updated, supplemental, and/or corrected
13 evidence and exhibits on United since September 25, 2017;
14     WHEREAS, Plaintiffs represent that the record in support of the Motions will
15 be correct and complete, and that a final, comprehensive errata will be filed with the
16 Court, and electronically served on United by October 6, 2017;
17     WHEREAS, United contends that the errors in Plaintiffs' evidence and
18 exhibits submitted in conjunction with the Motions have forced United, its attorneys,
19 and experts to spend considerable time seeking corrected and additional information
20 and exhibits from Plaintiffs in an effort to determine the evidence and exhibits
21 Plaintiffs are relying upon for their Motions and have impeded United's ability to
22 file its summary judgment opposition on the originally scheduled October 16, 2017
23 deadline;
24     WHEREAS, in recognition of the foregoing, Plaintiffs and United have met
25 and conferred and agreed to immediate relief that will provide United with a
26 reasonable time to respond to the Motions by amending the Scheduling Order dated
27 February 22, 2017 (Doc. No. 30), vacating the Motion for Summary Judgment
28 hearing set for November 13, 2017, which Plaintiffs have combined with the hearing

1  on their Motion for Injunction, and rescheduling the combined hearing to November
2  27, 2017, with all corresponding Opposition and Reply dates extended by two (2)
3  weeks;
4      WHEREAS, in recognition of the complexity of the issues before the Court
5  with the pending Motions, the need to have rulings on the Motions in order to
6  appropriately prepare for trial and streamline the issues in advance of trial, the
7  hardship that the parties and this Court are facing with the current schedule, and the
8  desire to promote judicial economy and settlement negotiations by adjudicating
9  issues and clarifying risks in advance of trial, Plaintiffs and United have further met
10 and conferred and agreed to request a continuance of the January 9, 2018 trial date.
11 In making this request, Plaintiffs and United recognize this Court's disinclination
12 toward continuances, but nonetheless urge the Court to consider that judicial
13 economy would likely be served by issuing rulings on the Motions before the
14 Pretrial Conference. Such rulings will potentially resolve issues that will allow the
15 parties to develop shorter witness and exhibit lists and propose a shorter trial. In
16 making this request, Plaintiffs and United further agree and underscore that this
17 stipulation is severable: Plaintiffs and United first and foremost agree to address the
18 immediate issue at hand by amending the Scheduling Order with respect to the
19 briefing and hearing dates on the Motions to provide United with a reasonable time
20 period to respond to the Motions, irrespective of whether the Court orders a
21 continuance of the trial and related dates.
22     NOW THEREFORE the parties respectfully request that the Court enter the
23 attached order requiring Plaintiffs to file their final errata pertaining to the Motions
24 by October 6, 2017, and amending the Scheduling Order dated February 22, 2017
25 (Doc. No. 30) by:
26     (a) Vacating the Motion for Summary Judgment hearing set for November 13,
27 2017, which Plaintiffs have combined with the hearing on their Motion for
28

1 Injunction, and rescheduling the combined hearing to November 27, 2017, with all
2 corresponding Opposition and Reply dates extended by two (2) weeks, and
3     (b) Vacating the trial set for January 9, 2018, and rescheduling it to the next
4 available date in February 2018, with the Pretrial Conference taking place of the trial
5 on January 9, 2018 (or as soon thereafter as convenient for the Court), and all other
6 pretrial filing deadlines continued in accordance with the new trial date.
7     Plaintiffs and United's stipulation to amend the Scheduling Order in
8 accordance with Paragraph (a), above, is severable and not contingent upon an
9 amendment of the Scheduling Order in accordance with Paragraph (b).

                                       Respectfully submitted,

DATED: October 5, 2017           MUSICK, PEELER & GARRETT LLP

                                       By:  s/William W. Carter
                                            William W. Carter, Attorneys for
                                            Defendant UNITED WATER
                                            CONSERVATION DISTRICT

DATED: October 5, 2017           ENVIRONMENTAL ADVOCATES

                                       By:  s/Christopher Sproul
                                            Christopher Sproul
                                            Attorneys for Plaintiffs